IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARRETT RUSSELL HAMPTON, #816800, | § § § | |
| Petitioner, | § § | |
| vs. | § § | Civil Action No. 3:06-CV-1965-L |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Divisions, | § § § § § | |
| Respondent. | § | |

**ORDER**

Petitioner Jarrett Russell Hampton ("Petitioner") has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings, conclusions and recommendation. On February 20, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. No objections were filed.

The magistrate judge recommended that Petitioner's application be dismissed with prejudice as barred by the applicable statute of limitations, as it was filed after the expiration of the one-year limitations period, and there are no grounds for equitable tolling of the limitations period. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate judge's findings and conclusions are accepted as those of the court. Petitioner's application is **denied**, and this action is **dismissed with prejudice** as barred by the applicable statute of limitations. *See* 28

U.S.C. § 2244(d). A final judgment dismissing this case with prejudice will be issued by separate document.

       **It is so ordered** this 8th day of March, 2007.

                                      Sam A. Lindsay
                                      United States District Judge